**Order entered August 19, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01381-CR

### WILLIAM SEDRIC AUTREY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 296th Judicial District Court
Collin County, Texas
Trial Court Cause No. 429-81194-10**

## ORDER

The Court **REINSTATES** the appeal.

On July 21, 2015, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Stephanie Hudson; and (3) Ms. Hudson has not been getting notices from the Court because she is not listed as appellant's counsel.

We note that although appellant has filed many pro se documents, he is not listed as representing himself on appeal. Rather, the Court has William Schultz listed as appellant's attorney of record because all of the documents before the Court show Mr. Schultz is the

attorney. The clerk's record does not contain an order appointing Ms. Hudson to represent appellant nor has Ms. Hudson filed anything in writing to show she is appellant's attorney.

Accordingly, we **ORDER** the trial court to prepare and transmit a written order appointing Stephanie Hudson as appellant's attorney to this Court within **TEN DAYS** of the date of this order.

We **DIRECT** the Clerk to list Stephanie Hudson as appellant's attorney of record in place of William Schultz.

Appellant's brief is due within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable John Roach, Jr., Presiding Judge, 296th Judicial District Court; Andrea Stroh Thompson, Collin County District Clerk; Stephanie Hudson; and the Collin County District Attorney's Office.

/s/    ADA BROWN
       JUSTICE